IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**COREY LEON RANKINS**                                        **PLAINTIFF**

**VERSUS**                                **CIVIL ACTION NO. 1:08-cv-281-HSO-JMR**

**DAVID ALLISON, ET AL.**                                  **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court on submission of the Proposed Findings of Fact and Recommendation of Chief United States Magistrate John M. Roper [23-1] entered in this cause on December 11, 2008. The Court, having adopted said Proposed Findings of Fact and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this matter be, and is hereby, dismissed without prejudice pursuant to FED. R. CIV. P. 41(b).

**SO ORDERED AND ADJUDGED**, this the 7th day of January, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE